# Third District Court of Appeal

## State of Florida

Opinion filed September 8, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-990
Lower Tribunal No. K3000010
_____

**Mario Cordoba,**
Appellant,

vs.

**Department of Agriculture and Consumer
Services Division of Licensing,**
Appellee.

An Appeal from the State of Florida Department of Agriculture and Consumer Services, Division of Licensing.

Mario Cordoba, in proper person.

Michael T. McGuckin, Senior Attorney (Tallahassee), for appellee.

Before SCALES, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed.